THE STATE EX REL. SOUTHERN OHIO COAL COMPANY, APPELLANT, *v.* SHERIDAN; INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. S. Ohio Coal Co. v. Sheridan* (2000), 88 Ohio St.3d 232.]

(No. 99–1603—Submitted February 8, 2000—Decided March 22, 2000.)

*Porter, Wright, Morris & Arthur* and *Christopher C. Russell,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Jon D. Grandon,* Assistant Attorney General, for appellee.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.